IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case no. 8:11-mc-95-T-33EAJ |
| ) | |
| ROBERT E. FLETCHER, ) | |
| ) | |
| Respondent. ) | |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America petitions this Court for an order enforcing an Internal Revenue Service ("IRS") administrative summons served on Robert E. Fletcher. In support, the United States avers as follows:

1. Jurisdiction over this matter is conferred upon this Court by 26 U.S.C. §§ 7402 and 7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2. The respondent, Robert E. Fletcher, resides in Dunedin, Florida, within the jurisdiction of this Court.

3. Revenue Officer Judy Arpino is employed in the Small Business/Self-Employed Division of the Internal Revenue Service and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602, and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602B1.

4. Revenue Officer Judy Arpino is conducting an investigation to identify Robert E. Fletcher's income, assets, and liabilities for the period March 1, 2010 to the present, to aid in the collection of federal income tax assessments made against Fletcher for tax years 2006, 2007, and 2008. The Declaration of Revenue Officer Arpino is attached hereto as Exhibit 1.



5. The respondent, Robert E. Fletcher, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

6. Pursuant to the investigation described in paragraph 4, on March 28, 2011, Revenue Officer Arpino issued an IRS summons directing Robert E. Fletcher to appear before her on April 12, 2011, at 10:00 a.m., to testify and to produce the books, records, and other documents demanded in the summons. Revenue Officer Arpino served an attested copy of the summons on Robert E. Fletcher by leaving a copy of the summons at Fletcher's last and usual place of abode on March 28, 2011. The summons is attached hereto as Exhibit 2.

7. Robert E. Fletcher failed to appear on April 12, 2011 and, to date, has failed to comply with the summons, as set forth in the Declaration of Revenue Officer Arpino.

8. The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

10. The testimony, books, papers, records, and/or other data sought by the summons may be relevant to the IRS's investigation to identify Robert E. Fletcher's income, assets, and liabilities from March 1, 2010 to the present.

11. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Robert E. Fletcher for the years under investigation.

12. In order to obtain enforcement of a summons, the United States must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all

administrative steps required by the Internal Revenue Code. *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

13. The attached Declaration of Revenue Officer Arpino establishes the government's prima facie showing under *Powell*.

WHEREFORE, the United States respectfully prays as follows:

A. That this Court enter an order directing the respondent, Robert E. Fletcher, to show cause in writing, if any, why he should not comply with and obey the aforementioned IRS summons and every requirement thereof;

B. That this Court enter an order directing the respondent, Robert E. Fletcher, to fully obey the subject summons and each requirement thereof, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Officer Arpino, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Officer Arpino or any other proper officer or employee of the IRS;

C. That the United States recover its costs incurred in maintaining this proceeding; and

D. That the Court grant such other and further relief as the Court deems proper or justice may require.

Dated: September 12, 2011

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

DANIEL A. APPLEGATE
U.S. Department of Justice, Tax Division
P. O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Attorneys for Petitioner
United States of America