IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      )
                               )
            Petitioner,        )
                               )
v.                             )   Case no.
                               )
ROBERT E. FLETCHER,            )
                               )
            Respondent.        )

## DECLARATION OF REVENUE OFFICER JUDY ARPINO

I, Judy Arpino, declare:

1. I am a duly commissioned Revenue Officer employed in Small Business/Self Employed, Examination Area South Atlantic, Internal Revenue Service.

2. Judy Arpino is not my real name. It is a pseudonym I use in my official capacity as an employee of the IRS. This pseudonym – used for privacy and safety reasons – has been registered with the IRS, in accordance with IRS procedures (Internal Revenue Manual 1.2.4), and all IRS procedures governing the use of pseudonyms have been followed.

3. In my capacity as a Revenue Officer, I am conducting an investigation to identify Robert E. Fletcher's income, assets, and liabilities for the period March 1, 2010 to the present, to aid in the collection of federal income tax assessments made against Fletcher for tax years 2006, 2007, and 2008.

4. In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, on March 28, 2011, I issued an Internal Revenue Service summons to Robert E. Fletcher requesting that Fletcher appear before me on April 12, 2011 to give testimony and to produce for examination books, papers, records, or other data as described in the summons. The summons is attached to the petition as Exhibit 2.


Government Exhibit 1

5. In accordance with 26 U.S.C. § 7603, on March 28, 2011, I served an attested copy of the Internal Revenue Service summons described in paragraph 4 on Robert E. Fletcher by leaving a copy at his last and usual place of abode, as evidenced on the certificate of service on the summons.

6. On April 12, 2011, Robert E. Fletcher did not appear in response to the summons and, to date, Robert E. Fletcher has failed to comply with the summons.

7. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

9. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to Robert E. Fletcher for the years under investigation.

10. The summoned testimony and documents are relevant to my investigation to identify Robert E. Fletcher's income, assets, and liabilities for the period March 1, 2010 to the present in the aid of the collection of federal tax assessments made against Fletcher.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 12, 2011

_Judy Arpino_
Judy Arpino
Revenue Officer

2



# Summons
## Collection Information Statement

In the matter of ROBERT E FLETCHER, 1221 ROGERS ST, CLEARWATER, FL 33756-5900
Internal Revenue Service *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)* SB/SE AREA 3 (23)
Periods: See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

To: ROBERT E FLETCHER
At: ~~1221 ROGERS ST, CLEARWATER, FL 33756-5900~~ 617 PARSONS TERR DUNEDIN FL. 35283

You are hereby summoned and required to appear before J. ARPINO, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest, including but not limited to Finley Fletcher & Pilch LLP ▇▇▇1477, Robert E Fletcher LLC ▇▇▇3799, KRC Productions LLC ▇▇▇6221, Great America Education Foundation Inc., and ADVANCED MANAGEMENT TECHNOLOGIES OF CLEARWATER, INC.. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 03/01/2010 To DATE OF COMPLIANCE

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all insurance policies, including but not limited to life, health, automobile, and homeowners.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

3848 WEST COLUMBUS DRIVE, TAMPA, FL 33607-5768  (813) 315-2211

Place and time for appearance: At 3848 WEST COLUMBUS DRIVE, TAMPA, FL 33607-5768

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 12th day of April, 2011 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 28th day of March, 2011

J. ARPINO   *Signature of issuing officer*   REVENUE OFFICER   Title

*Signature of approving officer (if applicable)*   Title

Government Exhibit 2

Original – to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 3/28/11 | 1:30 PM |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

_taped to the FRONT DOOR. IN envelope addressed to Robert E Fletcher_

| Signature | Title |
|---|---|
| J. Arpino | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| J. Arpino | Revenue Officer |

Catalog No. 25000Q

Form 6637 (Rev. 10-2010)

**Attachment 1 to Summons Form 6637**

In the matter of **ROBERT E FLETCHER**

Period information: Form 1040 for the calendar periods ending December 31, 2006, December 31, 2007 and December 31, 2009 and Form CIVPEN for the quarterly periods ending December 31, 2001, December 31, 2002 and December 31, 2003